No. 75–682. COLORADO CIVIL RIGHTS COMMISSION ET AL. *v.* COLORADO SPRINGS COACH CO. ET AL. Ct. App. Colo. Motion of International Association of Official Human Rights Agencies for leave to file a brief as *amicus curiae* granted. Certiorari denied. 